KEN BAKER, SBN 55433
LAW OFFICE OF KEN BAKER
1430 East Avenue, Suite 2-B
Chico, CA 95926
(530) 898-1488

ATTORNEY FOR
Allen and Wendy Billingsley

UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: | Case #: 10-31680-C-7 |
| | DC No.: KB-1 |
| ALLEN LeROY BILLINGSLEY and, | |
| WENDY ANN BILLINGSLEY | MOTION FOR ORDER |
| | ABANDONING PROPERTY |
| Debtors. | OF THE ESTATE |
| | |
| | DATE: August 3, 2010 |
| | TIME: 9:30 A.M. |
| | DEPT.: C |
| | COURTROOM: 35 |
| | |
| | Local Rule: 9014-1(f)(2) |

TO THE HONORABLE JUDGE KLEIN:

ALLEN AND WENDY BILLINGSLEY, debtors, by and through their attorney, KEN BAKER, respectfully represent:

1. On May 3, 2010, debtors filed a petition under Chapter 7 of the United States Bankruptcy Code. Michael P. Dacquisto has been appointed Chapter 7 Trustee.

2. Debtor has a 50% ownership interest in Billingsly Construction dba Al's Concrete, a concrete contracting business described in Question 18 of the Statement of Financial

1

Affairs. Request is hereby made that the court take judicial notice of the Statement of Financial Affairs of the filed Chapter 7 petition.

3. Trustee Michael P. Dacquisto has requested an Order Abandoning debtor's interest in the business to limit potential liability.

4. There are no assets of the business and there is a $0.00 value. Request is hereby made that the Court take judicial notice of Schedule B of the petition filed May 3, 2010.

5. There is no equity in said personal property realizable for the benefit of the Chapter 7 Trustee and the estate. The property is inconsequential to the estate.

6. Counsel for debtors has requested an Order Shortening Time.

WHEREFORE, following Notice and Hearing, debtors, by and through their attorney, pray for an Order of this Court as follows:

    1. For an Order Compelling Michael P. Dacquisto, Chapter 7 Trustee, to abandon any and all interest he may hold as Chapter 7 Trustee in the business of debtor which is known as Billingsly Construction dba Al's Concrete, 3528 Hicks Lane, Chico, California 95973; and

    2. For such other and further relief as this Court may deem just and proper.

DATED: June 10, 2010                                                    LAW OFFICES OF KEN BAKER

BY:   /s/ Ken Baker
       KEN BAKER
       Attorney for Debtor

BAKER AND FARRIS
ATTORNEYS AT LAW
1430 East Avenue, Suite 2-B
Chico, California 95926
(530) 898-1488